IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------x
: 
: 
**In re:** : **Chapter 11**
: 
**WINDSOR PETROLEUM TRANSPORT** : **Case No. 14–11708 (PJW)**
**CORPORATION,** *et al.*,[1] : 
: **(Jointly Administered)**
  **Debtors.** : 
: 
----------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 8, 2014 AT 2:00 P.M. (ET)**

**CONTESTED MATTER GOING FORWARD**

1. Debtors' Motion for an Order: (a) Approving Disclosure Statement; (B) Fixing Voting Record Date; (C) Approving Solicitation Materials and Procedures for Distribution Thereof; (D) Approving Forms of Ballots and Establishing Procedures for Voting on Plan; (E) Scheduling Hearing and Establishing Notice and Procedures for Filing Objections to (I) Confirmation of the Plan, and (II) Proposed Cure Amounts Related to Contracts Assumed Under the Plan; and (F) Granting Related Relief [D.I. 103, 9/4/14]

    Objection Deadline:   October 1, 2014 at 4:00 p.m. (ET)

    Related Documents:

    a) Plan of Reorganization of the Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 75, 8/25/14]

    b) Disclosure Statement for the Plan of Reorganization of the Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 76, 8/25/14]

    c) Notice of Hearing to Consider Approval of, and Deadline for Objecting to, Debtors' Proposed Disclosure Statement [D.I. 77, 8/25/14]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: Windsor Petroleum Transport Corporation (1381) ("**Windsor Petroleum**"), Windsor Holdings Limited, Buckingham Petro Limited, Buckingham Shipping Plc, Caernarfon Petro Limited, Caernarfon Shipping Plc, Sandringham Petro Limited, Sandringham Shipping Plc, Holyrood Petro Limited, and Holyrood Shipping Plc. The mailing address for Windsor Petroleum is c/o Frontline Ltd., PO Box HM 1593, Par-la-Ville Place, 14 Par-la-Ville Road, Hamilton HM 08, Bermuda. The mailing address for each of the other Debtors is Fort Anne, Douglas, Isle of Man, IM1 5PD, British Isles.

01:15805818.2

    d)    Notice of Filing of Certain Exhibits to the Disclosure Statement for the Plan of Reorganization of the Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 118, 9/30/14]

    e)    Notice of Filing of Revised Order (A) Approving Disclosure Statement; (B) Fixing Voting Record Date; (C) Approving Solicitation Materials and Procedures for Distribution Thereof; (D) Approving Forms of Ballots and Establishing Procedures for Voting on Plan; (E) Scheduling Hearing and Establishing Notice and Procedures for Filing Objections to (I) Confirmation of the Plan, and (II) Proprosed Cure Amounts Related to Contracts Assumed Under the Plan; and (F) Granting Related Relief [D.I. 120, 10/6/14]

Objections Filed/Received:

    f)    Informal Response of United States Trustee

Status: The Debtors anticipate filing blacklines of the plan and disclosure statement prior to the hearing.  This matter will be going forward.

Dated: October 6, 2014    YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, Delaware

*/s/ Sean T. Greecher*
Pauline K. Morgan (No. 3650)
Sean T. Greecher (No. 4484)
Robert F. Poppiti, Jr. (No. 5052)
Andrew L. Magaziner (No. 5426)
Ashley E. Markow (No. 5635)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

*Counsel for the Debtors
and Debtors in Possession*

01:15805818.2