# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | WINDSOR PETROLEUM TRANSPORT CORPORATION |
| **Case Number:** | 14-11708-PJW    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 20, 2014 03:00 PM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | PETER J. WALSH |
| **Courtroom Clerk:** | LORA JOHNSON |
| **Reporter / ECR:** | BRANDON MCCARTHY |

### *Matter:*

Omnibus/Confirmation

**R / M #:**   164 / 0

### *Appearances:*

See attached Court sign-in sheet

### *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Order signed confirming the amended plan of reorganization of the debtors